**FILED**

SEP 24 2007

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY ___EF___ DEPUTY

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Magistrate Case No.: '07 MJ 8808 |
| Plaintiff, | COMPLAINT FOR VIOLATION OF |
| v. | 21 U.S.C. § 952 and 960 |
| Anselmo CONTRERAS-Barba. | Importation of a Controlled Substance (Felony) |
| Defendant. | |

The undersigned complainant being duly sworn states:

On or about September 21, 2007, within the Southern District of California, defendant Anselmo CONTRERAS-Barba did knowingly and intentionally import approximately 30.18 kilograms (66.396 pounds) of marijuana a Schedule I Controlled Substance, into the United States from a place outside thereof, in violation of Title 21, United States Code, Sections 952 and 960.

The complainant states that this complaint is based on the attached Statement of Facts incorporated herein by reference.

_____
Reuben McDowell, Special Agent
Immigration and Customs
Enforcement

Sworn to before me and subscribed in my presence, September 24, 2007.

_____
PETER C. LEWIS
U.S. MAGISTRATE JUDGE

UNITED STATES OF AMERICA

v.

Anselmo CONTRERAS-Barba

## PROBABLE CAUSE STATEMENT

I, Special Agent Reuben McDowell, declare under penalty of perjury, the following is true and correct:

This statement of facts is based on the reports, documents, and notes furnished to Immigration and Customs Enforcement Special Agent McDowell.

On September 21, 2007, at approximately 0707 hours, Anselmo CONTRERAS-Barba entered the United States at the Calexico, California, West Port of Entry. CONTRERAS was the driver and sole occupant of a 1989 Ford F-150, bearing license plates BA/MX BM22954. The vehicle approached lane 5 manned by CBPO E. Hernandez. During routine border inspection questioning, CONTRERAS stated that he had nothing to declare. CBPO Hernandez observed signs of nervousness by avoiding eye contact. CONTRERAS claimed ownership of the vehicle and stated that he had the vehicle for three months. CBPO Hernandez ran a computer check on CONTRERAS that came back positive for smuggling narcotics into the United States. CBPO Hernandez referred the vehicle to secondary inspection.

CBPO M. Huerta received the vehicle in secondary inspection. During routine questioning, CONTRERAS gave a negative Customs declaration. CBPO Huerta requested a K-9 Officer to screen the vehicle. Narcotics Detector Dog Toos alerted to the floor area.

A subsequent inspection of the vehicle revealed 24 packages inside the dash and a compartment behind the rear seat rest in the vehicle. One of the packages was probed and a sample of a green leafy substance was obtained, which field tested positive for marijuana. The 24 packages had a combined weight of approximately 30.18 kilograms (66.396 pounds).

CONTRERAS was advised of his Miranda Rights, which he acknowledged and waived. CONTRERAS stated that he was under duress to smuggle the marijuana

1  across the international border. CONTRERAS stated that he was to be paid, but did not
2  know how much. CONTRERAS admitted knowledge of marijuana in the vehicle.
3    CONTRERAS was booked into the Imperial County Jail pending his initial
4  appearance before a U.S. Magistrate Judge.
5
6  Executed on September 21, 2007 at 1810 hours.
7
8  _____
   Special Agent
9
10   On the basis of the facts presented in the probable cause statement consisting of __2__ page(s), I find probable cause to believe that the defendant(s) named in this probable statement committed the offence on __9-21-07__ in violation
11  of Title __21__, United States Code, Section(s) __952/960__.
12
13  _____          9/22/07  6pm
14  United States Magistrate Judge      Date/Time