FILED
NOV - 6 2007
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY EF   DEPUTY

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Criminal Case No. 07CR3018-JM |
| Plaintiff, | I N F O R M A T I O N |
| v. | Title 21, U.S.C., Secs. 952 and 960 - Importation of Marijuana |
| ANSELMO CONTRERAS-BARBA, | (Felony) |
| Defendant. | |

The United States Attorney charges:

On or about September 21, 2007, within the Southern District of California, defendant ANSELMO CONTRERAS-BARBA, did knowingly and intentionally import approximately 30.18 kilograms (approximately 66.40 pounds) of marijuana, a Schedule I Controlled Substance, into the United States from a place outside thereof; in violation of Title 21, United States Code, Sections 952 and 960.

DATED: November 6, 2007 .

KAREN P. HEWITT
United States Attorney

CARLA J. BRESSLER
Assistant U.S. Attorney

CJB:drh:Imperial
11/5/07