AO 455 (Rev. 5/85) Waiver of Indictment

# UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA

v.

ANSELMO CONTRERAS-BARBA

**WAIVER OF INDICTMENT**

CASE NUMBER: _07CR 3018-JM_

I, ANSELMO CONTRERAS-BARBA, the above-named defendant, who is accused of committing the following

offense:

Importation of marijuana, in violation of Title 21, United States Code, Sections 952 and 960 (Felony).

Being advised of the nature of the charge, the proposed information, and of my rights, hereby waive in open court on

_11/6/07_ prosecution by indictment and consent that the proceeding may be by information rather than

by indictment.

_Anselmo Contreras B._
Defendant

_Donald B Vunn_
Defense Counsel

Before _____
Judicial Officer

**FILED**

NOV - 6 2007

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY _EF_                    DEPUTY